*Smith & Smith,* for plaintiff in error.   *S. C. Boykin,* contra.

---

7267.   PATTERSON *v.* MAYOR AND COUNCIL OF CARROLLTON.

RUSSELL, C. J.   The petition for certiorari presented only an assignment of error complaining of the sufficiency of the evidence to authorize the conviction of keeping intoxicating liquor for unlawful sale; and, since the evidence was ample to authorize the judgment of guilty, rendered by the municipal court, the judge of the superior court properly dismissed the petition.                    *Judgment affirmed.*